## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| FIORE INDUSTRIES, INC., a New Mexico corporation,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY, a foreign Corporation doing business in New Mexico,<br><br>        Defendant. | Case No.: 6:21-cv-00634 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's claims against Defendant with prejudice, and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Dated: July __, 2021

AGREED:

/s/ Benjamin E. Thomas
Benjamin E. Thomas
**SUTIN, THAYER & BROWNE**
6100 Uptown Boulevard NE, Suite 400
Albuquerque, NM 87110
Ph.: (505) 883-3385
Fx: (505) 855-9567
bet@sutinfirm.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Coleman M. Proctor*
Coleman M. Proctor
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202
Ph: (214) 698-8000
Fx: (214) 698-1101
coleman.proctor@wilsonelser.com
State Bar No: 146086
Federal ID: 18-160

**ATTORNEYS FOR DEFENDANT**

258693499v.1